**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Hollis Riggins** | § | **CASE NO. 24-60009** |
| | § | |
| **Debtor** | § | **CHAPTER 13** |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 5, 2024, a true and correct copy of the foregoing amended Schedule C was served via US mail on the following parties in interest and those listed on the attached mailing matrix:

Debtor
Hollis Riggins
1300 Placid Circle #5103
Waco, TX 76706

A true and correct copy of the foregoing was served electronically on the following parties in interest:

Chapter 13 Trustee
Ray Hendren
4505 Spicewood Springs
Suite 205
Austin, TX 78759

US Trustee
903 San Jacinto, Room 230
Austin, TX 78701

<u>/s/ Evan Simpson</u>
Evan Simpson
Law Office of Evan Simpson PLLC
1717 Columbus Ave
Waco, TX 76701
(254) 399-9977
(254) 399-9909 fax
Email: Evan@hotxlaw.com
Bar No. 24060612

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702


Craig Laird
2629 East Grauwyler
Irving, TX 75061


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Maria Erlinda Primera
500 N State Hwy 161 #320Z
Irving, TX 75038


MFT- Luxe, LLC
1300 Placid Circle
Waco, TX 76706


Texas DPS Credit Union
621 W. St. Johns Ave.
Austin, TX 78752


US Bank/RMS
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201