UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-60009 |
| HOLLIS RIGGINS, | § | Chapter 13 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WEYCER, KAPLAN, PULASKI & ZUBER, P.C. hereby appears as counsel on behalf of **LINDA PRIMERA,** and hereby submits this Notice of Appearance and requests notice of all hearings and conferences herein and makes demand for service of all papers herein. All notices given or required to be given in this case shall be given to and served at the following addresses.

**ADDRESS FOR NOTICE(S)**

Jeff Carruth
E-mail: jcarruth@wkpz.com

Dated: February 22, 2024              Respectfully submitted:

                                                          WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By:   */s/ Jeff Carruth*
JEFF CARRUTH (TX SBN: 24001846)
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

**ATTORNEYS FOR:
LINDA PRIMERA**

## CERTIFICATE OF SERVICE

On February 22, 2024, I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon all registered ECF users who have appeared in this case to date through the ECF noticing system.

                                                                */s/ Jeff Carruth*
                                                                JEFF CARRUTH