UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 24-60009 |
| HOLLIS RIGGINS, | § | Chapter 13 |
| | § | |
| Debtor. | § | |

**FINAL ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF MARIA ERLINDA PRIMERA TO COMPLETE PROSECUTION OF DIVORCE ACTION (RE: DOCKET NO. 13)**

On this day the Court considered the *Motion for Relief from Automatic Stay of Maria Erlinda Primera to Complete Prosecution of Divorce Action* (Docket No. 13) (the "Motion") filed herein on February 22, 2024 by Maria Erlinda Primera ("Primera"), creditor and party in interest. The Court finds and concludes that the Motion contained the appropriate notices under the Bankruptcy Local Rules; according to the certificate of service attached to the Motion, the Motion was served upon the parties entitled to receive notice under the Bankruptcy Local Rules; no party in interest filed a response or objection to the Motion or any such response or objection

is overruled by this Order; and that upon review of the record of this case and with respect to the Motion that cause exists to grant the relief requested therein.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The automatic stay of 11 U.S.C. is hereby immediately lifted, annulled, and terminated so that Primera may prosecute the Divorce Action to a final adjudication in the State Court, including seeking and obtaining a division of property that may be property of the estate.

4. The relief granted in this order is effective immediately upon entry, and the 10-day stay of Rule 4001(a)(3) shall not apply.

Submitted by:
JEFF CARRUTH (TX SBN: 24001846)
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

**ATTORNEYS FOR LINDA PRIMERA**