**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Hollis Riggins | § | CASE NO. 24-60009 |
| | § | |
| Debtor | § | CHAPTER 13 |

**Response to Motion of Maria Erlinda Primera for Relief from Automatic Stay**

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Debtor in the above styled and numbered cause and in response to the Motion of Maria Erlinda Primera for Relief from Automatic Stay respectfully shows as follows:

  1. The allegations in paragraphs 1 through 13 of the Motion are admitted.

  2. The allegations in paragraph 14 of the Motion are denied.

  3. Debtor can neither admit nor deny paragraphs 15 through 22 as they consist of requests for relief and legal arguments.

  4. The Divorce Proceeding may continue "except to the extent that such proceeding seeks to determine the division of property that is property of the estate[.]", 11 U.S.C. § 362(b)(2)(A)(iv), without conditioning or relief from the automatic stay.

  5. As shown on Debtor's Schedules A, B, and C, he owns assets that are not fully exempt and that, as such, would be subject to administration if he converted his case to Chapter 7. For this reason, the Court should retain its authority over the property of the estate at least until the state court has determined whether final adjudication would involve awarding such assets to Movant.

    WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that the automatic stay remain in effect with regard to Movant for pur, and for such other relief in law and equity as the Court deems just.

                                        Respectfully submitted,

                                        /s/ Evan Simpson
                                        Evan Simpson
                                        Law Office of Evan Simpson PLLC
                                        1717 Columbus Ave
                                        Waco, TX 76701
                                        (254) 399-9977
                                        (254) 399-9909 fax
                                        Email: Evan@hotxlaw.com
                                        Bar No. 24060612

Attorney for Debtor

CERTIFICATE OF SERVICE

On March 6, 2024, a true and correct copy of the foregoing document was served by mail, electronic notice, or hand delivery on:

**Debtor**
Hollis Riggins
1300 Placid Circle #5103
Waco, TX 76706

**Movant**
Maria Erlinda Primera
500 N State Hwy 161 #320Z
Irving, TX 75038

**Attorney for Movant**
Jeff Carruth
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514

A true and correct copy of the foregoing was served electronically on the following parties in interest:

| | |
|---|---|
| Chapter 13 Trustee | US Trustee |
| Ray Hendren | 903 San Jacinto, Room 230 |
| PO Box 27466 | Austin, TX 78701 |
| Austin, TX 78755-2466 | |

/s/ Evan Simpson
Evan Simpson